IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THYANNA FAITH LITTLESUN,<br><br>Defendant. | CR 17-45-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, THYANNA FAITH LITTLESUN is hereby released from the custody of the U.S. Marshals Service.

DATED this 15th day of May, 2024.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1